```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-40856 WJL** |
| **HENRY LEWIS KELLY and PAMELA ELAINE KELLY,** | **Chapter 13** |
| **Debtors.** _____/ | **OBJECTION TO CLAIM #9-1 OF WELLS FARGO FINANCIAL NATIONAL BANK** |

The undersigned objects to allowance of Claim No. 9-1 filed by Wells Fargo Financial National Bank

    ( ) For any amount

    ( ) Except as an unsecured claim for $_____.

    (X) Except as a secured claim for $100.00 with 0% interest.

    ( ) Except as an unsecured non-priority claim for $_____.

for the following reason:

The carpeting & pads financed through Wells Fargo Financial National Bank has a secured value of $100.00.

```
Dated: October 13, 2011            /s/ Patrick L. Forte
                                   PATRICK L. FORTE
                                   Attorney for Debtors
```